UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

MAY 2 2 2000

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 17, 2000

MEMORANDUM TO COUNSEL RE: <u>7-ELEVEN INC. v. PAK FOOD MART, INC., et al.</u> - CIVIL NO. L-00-1275

    I have reviewed the complaint filed in this matter. I will hold a telephone conference on Tuesday, May 30, 2000 at 2:30 p.m. to discuss the status of the case. Counsel for the plaintiff is to serve a copy of this memorandum on the defendants. Counsel for the plaintiff is also asked to initiate the call.

    The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

    Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court File