IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

ORIGINAL

| | |
|---|---|
| **7-ELEVEN, INC.**, a Texas corporation with its principal place of business at 2711 North Haskell Avenue, Dallas, Texas, <br><br> Plaintiff, <br><br> v. <br><br> **PAK FOOD MART, INC. D/B/A "7th HEAVEN"**, a Maryland corporation with its principal place of business at 3300 Eastern Avenue; Baltimore, MD 21220, with its Registered Agent KHALID KHOKHAR located at 6727 Johnnycake Road; Baltimore, MD 21244 <br><br> and <br><br> **KHALID KHOKHAR**, an individual at 6727 Johnnycake Road; Baltimore, MD 21244. <br><br> Defendants. | Civil Action No. L00 CV 1275 <br><br> ✓ FEE PAID <br><br> ___ FEE NOT PAID (SEND LETTER) <br><br> L00 CV 1275 <br><br> ___ ENTERED ___ RECEIVED <br><br> MAY 23 2000 <br> AT BALT. <br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br> BY _____ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Joshua R. Treem Esquire a member of the Bar of this court, moves the admission of Craig S. Fochler Esquire to appear pro hac vice in the captioned proceeding as counsel for Plaintiff, 7-ELEVEN, INC.

Movant and the proposed admittee respectfully certify as follows:



1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of Illinois and/or the following United States Court(s): Northern District of Illinois, Northern District of California, Southern District of California, and Central District of California.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: Not Applicable.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be undersigned or _Harry Levy_ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to this Court.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE: |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| Schulman, Treem, Kaminkow, Gilden and Ravenell, P.A. | Wildman, Harrold, Allen & Dixon |
| 1800 World Trade Center | 225 W. Wacker Drive |
| 401 East Pratt Street | Chicago, IL 60606 |
| Baltimore, MD 21202 | Phone: (312) 201-2000 |
| Phone: (410) 332-0850 | Fax: (312) 201-2555 |
| Fax: (410) 332-0866 | |

_____
Md. U.S. District Court Number

## ORDER

Motion _____ GRANTED

Motion ___✓___ GRANTED subject to payment of $50.00 filing fee to the Clerk of Court.

Motion _____ DENIED

_____5/23/00_____          _____B. Legg_____

Dated: